IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-1481-GPG

**LAZARO AGUILAR,** Inmate No. 1480278,

    Plaintiff,

v.

**COLORADO STATE PENITENTIARY**; and
**SAINT THOMAS MOORE HOSPITAL**,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE GORDON P. GALLAGHER

    On September 10, 2015, the Court issued an Order, granting leave to the Plaintiff to file an amended complaint no later than October 10, 2015, or, in the alternative, if the Plaintiff did not wish to file an amended complaint, requiring that Plaintiff file a response in opposition to STM's Motion to Dismiss no later than October 10, 2015 (ECF No. 13). In response, on September 29, 2015, Plaintiff filed a document entitled "Motion of Amend" (ECF No. 16).  The filing of this document is not procedurally proper, as the Court has already granted leave to the Plaintiff to file an amended complaint.  As such, the motion to amend (ECF No. 16) is **DENIED** as moot.  Pursuant to the Court's Order dated September 10, 2015, dismissal of Plaintiff's claims will result if Plaintiff fails to file an amended complaint or response in opposition to STM's Motion to Dismiss by October 20, 2015 without further notice.

Dated:  October 5, 2015