IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-1481-GPG

**LAZARO AGUILAR,** Inmate No. 1480278,

    Plaintiff,

v.

**COLORADO STATE PENITENTIARY**; and
**SAINT THOMAS MOORE HOSPITAL**,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE GORDON P. GALLAGHER

    On November 12, 2015, Plaintiff filed an Amended Complaint (ECF No. 25). Consequently, the Motion to Dismiss filed on September 9, 2015 (ECF No. 8) is **DENIED** as moot.

    On November 25, 2015, Defendant St. Thomas More Hospital filed a Joint Reply to Plaintiff's Response to Defendant's Motion to Dismiss [Doc. # 26] and a Motion to Dismiss Plaintiff's Amended Complaint (ECF No. 30). The Clerk of Court is directed to docket ECF No. 30 as a pending motion to dismiss. Plaintiff is **ORDERED** to respond to Defendant's Motion to Dismiss his amended complaint no later than January 11, 2016. No extensions will be granted without just cause.

Dated:  December 11, 2015