IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-1481-GPG

**LAZARO AGUILAR,** Inmate No. 1480278,

    Plaintiff,

v.

**COLORADO STATE PENITENTIARY**; and
**SAINT THOMAS MOORE HOSPITAL**,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE GORDON P. GALLAGHER

    Plaintiff's Motion for Admission of Documentary Evidence (ECF No. 33) is **GRANTED**.

    Plaintiff is **reminded that he has been ORDERED** to respond to Defendant's Motion to Dismiss his amended complaint no later than January 11, 2016.  No extensions will be granted without just cause.

Dated:  December 21, 2015