IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-1481-GPG

LAZARO AGUILAR, Inmate No. 1480278,

    Plaintiff,

v.

COLORADO STATE PENITENTIARY; and
SAINT THOMAS MORE HOSPITAL,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE GORDON P. GALLAGHER

On January 28, 2016, the Court ordered Plaintiff to file a Second Amended Complaint (ECF No. 38). On February 1, 2016, Plaintiff filed a "Motion Petitioning Contempt Court" (ECF No. 39). Plaintiff's Motion is difficult to understand but it is apparently requesting that the Court consider his constitutional claims. As the Court has granted Plaintiff an additional opportunity to amend his Complaint, the "Motion Petitioning Contempt Court" (ECF No. 39) will be DENIED as moot. At this time, the only appropriate response from the Plaintiff is to file a Second Amended Complaint as directed in the Court's January 28, 2016 Order if he wishes to pursue his claims in this action.

Dated: February 18, 2016