IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01481-LTB

LAZARO AGUILAR,

    Plaintiff,

v.

COLORADO STATE PENETENTRY [sic], and
SAINT THOMAS MORE [sic] HOSPITAL,

    Defendants.

## MINUTE ORDER

ENTERED BY SENIOR DISTRICT JUDGE LEWIS T. BABCOCK

    Before the Court are Plaintiff's Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24 (ECF No. 54; April 8, 2016) and "Motion for Admission of (2) Further Issues Desire to Raise on Appeal" [sic] (ECF No. 55; April 8, 2016). The Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24 (ECF No. 54) is **DENIED** because the Court determined in the Order of Dismissal that leave to proceed *in forma pauperis* on appeal should be denied. (ECF No. 51 at 5). The "Motion for Admission of (2) Further Issues Desire to Raise on Appeal" [sic] (ECF No. 55) appears to concern issues to be raised on appeal and is **DENIED WITHOUT PREJUDICE** with leave to re-file in the appellate proceeding, Case No. 16-1135, before the United States Court of Appeals for the Tenth Circuit.

Dated: April 22, 2016